NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INTELLECTUAL VENTURES II LLC,**
*Appellant*

**v.**

**FEDEX CORPORATION,**
*Appellee*

**UNITED STATES,**
*Intervenor*

_____

2018-2373

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00787.

_____

**JUDGMENT**

_____

KEVIN KENT MCNISH, Desmarais LLP, New York, NY, argued for appellant. Also represented by ALAN KELLMAN.

DANIEL C. TUCKER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by JEFFREY A. BERKOWITZ, MICHAEL VINCENT YOUNG, SR., JOSEPH MICHAEL SCHAFFNER.

DENNIS FAN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by SCOTT R. MCINTOSH, JOSEPH H. HUNT; THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 10, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |